**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7252**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALBERTO ESPINOSA,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District
Judge. (8:97-cr-00343-AW-13)

Submitted: June 17, 2011          Decided: August 12, 2011

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alberto Espinosa, Appellant Pro Se. Deborah A. Johnston,
Assistant United States Attorney, Greenbelt, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alberto Espinosa appeals the district court's order denying his motion to unseal documents. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Espinosa, No. 8:97-cr-00343-AW-13 (D. Md. June 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED